UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00155 |
| | ) | JUDGE CAMPBELL |
| THEYMOUS D. HICKS | ) | |

ORDER

The hearing on the Superseding Petition (Docket No. 68) scheduled for November 10, 2015, is RESCHEDULED for November 9, 2015, at 11:30 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE